**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

IN RE:                                *      CHAPTER 13

JASON GILLESPIE                       *      CASE NO. 18-12210-JDW
Debtor.                               *

## OBJECTION TO CONFIRMATION AND OBJECTION TO
## DEBTOR'S MOTION FOR VALUATION

Now comes Creditor, VANDERBILT MORTGAGE AND FINANCE, INC., by and through

its attorneys, Kent McPhail & Associates, LLC, and objects to confirmation of the Debtor's proposed

plan and objects to Debtor's motion for valuation and in support thereof states as follows:

1. Creditor is a secured creditor in the above referenced Chapter 13 proceeding. The Debtor

financed the purchase of a 2016 28X56 Clayton Homes, Inc., mobile home through Creditor.

2. The plan improperly identifies the collateral as a "2015 Clayton Home" when the accurate

year manufactured is "2016".

3. The Creditor objects to the value proposed to be paid in the Plan. The Plan proposes to

pay $47,000.00 but the actual value is $56,494.10.

4. 11 U.S.C. §1325(a)(5)(b)(ii) requires interest to be paid on an allowed secured claim post

confirmation. The debtor's plan as proposed does not provide for adequate interest to be paid on the

claim of the Creditor post-confirmation. As such, the plan as proposed violates 11U.S.C.    1325(a),

Under the _Till_ opinion, interest should be provided at an amount equal to the current published prime

rate, plus one, two or three interest rate points.

WHEREFORE, Creditor prays for an Order denying confirmation and denying debtor's

motion for valuation along with such further relief as the Court may deem proper.

/s/ KENT D. MCPHAIL
KENT D. MCPHAIL
MS BAR NO. 2800

Of Counsel:
Kent Mcphail & Associates, LLC
P.O. Box 870
Mobile, AL 36601
(251) 438-2333
kent@kmcphail.law

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served this 18th day of July 2018, to the parties listed below by the service method indicated:

U.S. MAIL FIRST CLASS POSTAGE PREPAID
JASON GILLESPIE
756 SKATING RINK RD
RED BANKS MS 38661

ECF FILING NOTIFICATION
ROBERT H. LOMENICK, JR.
ATTORNEY FOR DEBTOR
rlomenick@gmail.com

ECF FILING NOTIFICATION
LOCKE D. BARKLEY
TRUSTEE
sbeasley@barkley13.com

ECF FILING NOTIFICATION
UNITED STATES TRUSTEE
USTPRegion05.AB.ECF@usdoj.gov

/s/ KENT D. MCPHAIL
KENT D. MCPHAIL