**Fill in this information to identify the case:**

Debtor 1: Jason Gillespie

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Northern District of Mississippi (State)

Case number: 18-12210-JDW

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Vanderbilt Mortgage and Finance, Inc.    **Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account:   5  4  1  2

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | 10/30/18 | (9) | $ 396.30 |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 1

| Debtor 1 | Jason Gillespie | | | Case number (*if known*) | 18-12210-JDW |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ *Jesse Gasser*
Signature

Date  02 / 25 / 2019

Print: Jesse   Alan   Gasser
First Name   Middle Name   Last Name

Title: Bankruptcy Specialist

Company: Vanderbilt Mortgage and Finance, Inc.

Address: 500 Alcoa Trail
Number    Street
Maryville          TN    37804
City              State    ZIP Code

Contact phone ( 865 ) 380 – 3000

Email: jesse.gasser@vmf.com

**GREAT AMERICAN INSURANCE GROUP**
GreatAmericanInsurance.com

# DIRECT BILL INVOICE
# PAST DUE

For billing inquiries, please contact Great American Insurance Direct Bill Customer Service at (800) 847-4357, option 3.

Service hours are 8:00 a.m. to 5:00 p.m. (EST) Monday through Thursday and 8:00 a.m. to 3:30 p.m. on Friday.

For questions regarding policy or premiums, please contact your insurance agency.

**VANDERBILT MORTGAGE**
PO BOX 9800
MARYVILLE TN 37802

*[handwritten: 301 E 4th St Ste 94th FL Cincinnati Oh. 45202 ) overnight Address]*

**JAMES KLEIN INSURANCE SERVICE**
200 East Sandpointe
Suite 580
Santa Ana, CA 92707-5746
714-918-0914

We have not received your payment of **$1,430.00** that is now past due. To avoid cancellation or expiration of the policy listed below, please remit payment before **11/03/2018**. Your coverage will be continued if payment is received by the due date.

| MASTER PRODUCER | BILL DATE | DUE DATE | ACCOUNT BALANCE | ACCOUNT PAST DUE |
|---|---|---|---|---|
|  | 10/19/2018 | 11/03/2018 | $1,430.00 | $1,430.00 |

| policy symbol | policy number | policy mod | policy and period subject to cancellation | cancellation effective date | policy balance | past due amount |
|---|---|---|---|---|---|---|
| APK |  | 01-00 | Agripak 10/18/2018 - 10/18/2019 | 11/03/2018 | $ 1,430.00 | $ 1,430.00 |
|  |  |  | **TOTAL PAST DUE (minimum amount due):** |  | $ | 1,430.00 |
|  |  |  | **TOTAL DUE (if paid in full):** |  | $ | 1,430.00 |

Please note: The past due amount may include past due premium from other policies or policy terms associated with this account. If you have any questions regarding the amount due, please contact us at (800) 847-4357, option 3.

**PAYMENT OPTIONS**

**PAY BY WEB:** To make a one time or recurring payment from your bank account or credit card, please visit https://mybilling.gaic.com. This service is free and available 24 hours a day.

**PAY BY PHONE:** To make electronic check or credit card payments by phone, please call (800) 847-4357, select option 2 or 3 and follow the prompts. The automated payment by phone service is free and available 24 hours a day.

**PAY BY MOBILE:** To make a one time bank account or credit card payment from your mobile device, please visit www.gaic.com/Policyholder-Services. In the "Mobile Apps" section, please find the app which corresponds to your policy coverage, and then click on the link for your device. This service is free and available 24 hours a day.

**AUTOMATIC RECURRING PAYMENT:** Automatic Recurring Payment offers a convenient way to have your insurance payment automatically withdrawn from your credit card, checking or savings account. To set up a recurring electronic deduction for your account, please visit https://mybilling.gaic.com, or call us at (800) 847-4357, option 3.

**PAY BY MAIL:** To pay your bill by mail, please send a check payable to "Great American Insurance" with the stub below in the envelope provided.
Detach and return this portion with your payment in the envelope provided.



31202X10660022883199

| ACCOUNT NUMBER | DUE DATE | PAYMENT IN FULL | MINIMUM AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|---|
|  | 11/03/2018 | $1,430.00 | $1,430.00 |  |

**GREAT AMERICAN INSURANCE CO.**
SPECIALTY ACCOUNTING
PO BOX 89400
CLEVELAND, OH 44101-6400

☐ address change
check box and fill out back of page

**VANDERBILT MORTGAGE**
PO Box 9800
Maryville, TN 37802

**POLICIES ON THE ACCOUNT**

| policy symbol | policy number | policy mod | payment plan | number of installments remaining | remaining balance |
|---|---|---|---|---|---|
| APK | E269141 | 01-00 | No installments | 0 | $ 1,430.00 |

**BILLING DEFINITIONS**
PREMIUM AND FEES: New premium charges and/or fees incurred after the date of your last Premium Invoice.
PAYMENTS: Amounts received on account after the date of your last Premium Invoice.
PAST DUE AMOUNT: Minimum amount owed by the Due Date to avoid cancellation or expiration.
PAYMENT IN FULL: Total amount of premium and fees owed on the account as of the date of the current Premium Invoice.
SERVICE CHARGE: Processing or transaction charges added to your account.

**TERMS AND CONDITIONS**
If the Past Due Amount is not received by the Due Date, a Cancellation will be issued for each delinquent policy.
Payments received after cancellation date will not automatically reinstate the cancelled policy or policies.
This invoice is not a reinstatement of any coverage or policy previously cancelled.
The Company reserves the right to determine whether a cancelled policy will be reinstated following receipt of payment on or after the cancellation date.
A Returned Check Fee of $25.00 will be added to your account balance for each check returned unpaid by your bank.

**BILLING ADDRESS CHANGE**

Street Address_____

City_____

State_____ Zip_____



GreatAmericanInsurance.com

# NOTICE OF EXPIRATION
date mailed 10/19/2018

For billing inquiries, please contact Great American Insurance Direct Bill Customer Service at (800) 847-4357, option 3.

Service hours are 8:00 a.m. to 5:00 p.m. (EST) Monday through Thursday and 8:00 a.m. to 3:30 p.m. on Friday.

For questions regarding policy or premiums, please contact your insurance agency.

VANDERBILT MORTGAGE
PO BOX 9800
MARYVILLE TN 37802

**JAMES KLEIN INSURANCE SERVICE**
200 East Sandpointe
Suite 580
Santa Ana, CA 92707-5746
714-918-0914

NAMED INSURED: **JASON GILLESPIE**
756 Skating Rink Road
Red Banks, MS 38661

ACCOUNT NUMBER: **660022883**

| POLICY SYMBOL | POLICY NUMBER | POLICY MOD | DESCRIPTION | POLICY PERIOD | INSURANCE CO |
|---|---|---|---|---|---|
| APK | E269141 | 01-00 | Agripak | 10/18/2018 - 10/18/2019 | Great American Insurance Company |

Although we are anxious to service your insurance needs, we did not receive your payment for this policy renewal. Therefore, this policy will not be renewed and will expire effective at **10/18/2018 at 12:01 A.M.** Eastern Standard Time.

If a payment of **$1,430.00** is received by 11/03/2018, we will renew your policy APK E269141 01-00, 10/18/2018 - 10/18/2019.





Great American Insurance Company | (800) 847-4357 | PO Box 5430, Cincinnati, Ohio 45201-5430

page 1 of 1



# CERTIFICATE OF SERVICE

February 25, 2019

     I, <u>Jesse Gasser</u>, of Vanderbilt Mortgage and Finance, Inc., do hereby certify that I have this date provided a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses and Charges either by electronic case filing or by United States mail postage pre-paid to the following:

Jason Gillespie
756 Skating Rink Rd
Red Banks, MS 38661
Debtor


Robert H Lomenick Jr
Attorney for the Debtor
Notified by Electronic Case Filing


Locke D Barkley
Chapter _13_ Trustee
Notified by Electronic Case Filing


                         /s/<u>Jesse Gasser</u>




**Vanderbilt Mortgage and Finance, Inc.**
PO Box 9800, Maryville, TN 37802  •  500 Alcoa Trail, Maryville, TN 37804  •  www.vmf.com
Phone: 865.380.3000  •  Fax: 865.380.3750  •  Toll Free: 800.970.7250  •  Federal Tax ID#: 62-0997810