**UNITED STATES BANKRUPTCY COURT**
Northern DISTRICT OF
Mississippi

| | | | |
|---|---|---|---|
| IN RE: Jason Gillespie, | ) | CASE NO.: | 18-12210 |
| | ) | | |
| DEBTOR. | ) | CHAPTER: | 13 |

**NOTICE OF WITHDRAWAL OF DOCUMENT**

VANDERBILT MORTGAGE & FINANCE HEREBY GIVES NOTICE that they withdraw

Document dated 02/25/2019, Notice of Post-Petition Fees, Expenses, and Charges from this case as of 2/26/19.

Sincerely,

/s/ Jesse Gasser
Bankruptcy Affairs Representative
Vanderbilt Mortgage and Finance, Inc.
PO Box 9800
Maryville, TN 37802
800-970-7250
865-380-3344 (fax)

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that on this the 26th   day of February, 2019, provided a copy of the foregoing document either by electronic case filing or by United States mail postage pre-paid to the following parties:

Jason Gillespie
756 Skating Rink Rd
Red Banks, MS 38661

Robert H Lomenick Jr
Attorney for the
Debtor
Notfified by Electronic
Case Filing,
Locke D Barkley
Chapter 13 Trustee
Notified by Electronic
Case Filing

           /s/ Jesse Gasser
           Bankruptcy Affairs Representative
           Vanderbilt Mortgage and Finance, Inc.
           PO Box 9800
           Maryville, TN 37802
           800-970-7250
           865-380-3344 (fax)