**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 CASE NO.: |
| JASON GILLESPIE | 18-12210-JDW |

### AGREED ORDER AUTHORIZING DISBURSEMENT OF FUNDS

THIS MATTER came before the Court on the joint *ore tenus* motion of the parties for authorization to disburse insurance proceeds received as a result of a motor vehicle accident. The Debtor's 2015 Dodge Ram was involved in a motor vehicle accident which resulted in insurance proceeds being paid to the Trustee in the amount of $19,368.31. The claim of Peritus Portfolio Services (Clm. #3-2) which was secured by the vehicle had previously been paid in full through Trustee disbursements; therefore, the entirety of the insurance proceeds is available for distribution by the Trustee. The parties have agreed that the Trustee shall disburse the insurance proceeds as provided for herein. The agreement of the parties is hereby approved by the Court.

IT IS THEREFORE ORDERED, that the insurance proceeds in the amount of $19,368.31 shall be disbursed as follows: (a) $4,750.00 to the Debtor for the exempt portion of the insurance proceeds; (b) approximately $11,152.77 to nonpriority

unsecured claims in full satisfaction of the timely filed claims together with the Trustee's statutory compensation; and (c) the remaining balance to the Debtor.

### ### END OF ORDER ###

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER
ATTORNEY FOR TRUSTEE

/s/ Robert H. Lomenick
ROBERT H. LOMENICK
ATTORNEY FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
6360 I-55 N, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645